# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>  v.<br>CATARINO MINERO-ROJAS,<br><br>                            Defendant. | Case No. 11CR3253-BTM<br><br>**ORDER** |

The Court herewith files an Amended Order correcting a few typographical errors. See Doc. 40 at 18:28 and 19:26.

**IT IS SO ORDERED.**

DATED: November 3, 2011

_____
Honorable Barry Ted Moskowitz
United States District Judge

1  11CR3253-BTM